UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(FORT LAUDERDALE DIVISION)

FILED BY____ D.C.

SEP 10 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

CAPTIAL VENTIRES INTERNATIONAL, LLC,

    Plaintiff,

v.

JEANNIE QUINTEROS

    Defendant.

FEDERAL CASE NO:

STATE CASE NO:
16-CA-006184

## DEFENDANT JEANNIE QUINTEROS
## NOTICE OF REMOVAL

**COMES NOW**, Defendant, JEANNIE QUINTEROS, pursuant to 28 U.S.C. § § § § 1443, 1441, 1446 and 1343, removes this action to the United States District Court for the Southern District of Florida, Ft. Lauderdale Division. In support, Defendant states:

1. This Court has jurisdiction under 28 U.S.C. §§§§, 1441 1443(1)-(2), 1446(c)(1), and 1343(a) 1-3.

2. The case is pending in the Seventeenth Judicial Circuit, Broward County, Florida, Case No. 16-CA-006184.

3. This Notice of Removal is timely under 28 U.S.C. 1446(c)(1) due to Plaintiff's bad faith actions preventing removal:

    a. Plaintiff falsely claimed during a September 9, 2024 hearing to have obtained damages in summary final judgment against Defendant, which is unsupported by court record.

1

  b. Plaintiff falsely asserted a right to sell Defendant's alleged property interest, which is unsupported by court records, state or federal law.

4. Defendant is a member of a protected class under Fla. Stat. 760.

5. Defendant is denied equal civil rights under Fla Stat. 760.51 in Broward County courts.

6. This Court has original jurisdiction under 28 U.S.C. § 1343(a)(3), as Defendant seeks to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States and Acts of Congress providing for equal rights of citizens.

7. The state court, acting under color of state authority, has deprived Defendant of her constitutional rights to due process and equal protection by: a) Refusing to recognize Defendant's legal status with respect to the subject property; b) Allowing Plaintiff to proceed with the sale of an interest in real property that does not legally exist, as Defendant is not a titleholder of the property; c) Failing to join an indispensable party (IQ Trust) to the foreclosure action.

8. These actions violate Defendant's rights under the Fourteenth Amendment to the United States Constitution and 42 U.S.C. § 1981, which guarantees all persons the same right to make and enforce contracts as is enjoyed by white citizens.

9. Defendant cannot enforce these civil rights in state court due to the court's persistent refusal to apply relevant legal precedents and constitutional protections.

10. Therefore, this Court has original jurisdiction over this matter under 28 U.S.C. § 1343(a)(3), and removal is proper under 28 U.S.C. § 1441(a), § 1443 and § 1446(c)(1).

11. Pursuant to 28 U.S.C § 1446(a), a copy of the docket of all process, pleadings, and orders served upon Defendants to be included with a notice of removal.

12. This Court has jurisdiction over all parties.

13. Venue is proper under 28 U.S.C. §1441(a)-(b).

14. Plaintiff is a Delaware corporation with an inactive Florida registration, with a place of business at 4670 W. Commercial Blvd., Tamarac, FL 33319.

15. Defendant resides in Washington, D.C., establishing diversity of citizenship.

16. Defendant will provide notice to all parties and the state court clerk as required by 28 U.S.C. §1446(d).

DATED: September 10, 2024

Respectfully submitted:

_____
Jeannie Quinteros, pro se

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that a true and correct copy of the foregoing has been forwarded, via CM/ECF, to Joshua Christensen, Esq., Lampariello Law Group, co-counsel for Plaintiff, 4670 W. Commercial Blvd., Tamarac, FL, 33319, Nicole Moskowitz, Esq. Neustein Law Group, P.A.18305 Biscayne Blvd., Ste. 250 Aventura, FL 33160 on this 10th day of September 2024.

By: _____
Jeannie Quinteros, pro se